# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154444

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRACY LYNN COWAN,
      Defendant-Appellant.

SC: 154444
COA: 331947
Oakland CC: 2002-187234-FC

_____/

      On order of the Court, the application for leave to appeal the August 3, 2016 order of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. In particular, we direct the prosecutor to address whether the defendant has adequately raised and demonstrated good cause under MCR 6.508(D) based on a showing that the performance of her appellate counsel on direct appeal was ineffective, *People v Reed*, 449 Mich 375, 382 (1995), and whether the defendant was actually prejudiced as a result.

      The application for leave to appeal remains pending.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2017



a0620

                    Clerk